FILED

07/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0551

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JADE HUNTER KERR,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 19, 2024, within which to prepare, serve, and file its response brief.

MP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2024